UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ALLEN POWE, SR.<br><br>                Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>                Defendants. | Case No. 2:17-cv-00470-JAD-EJY<br><br>ORDER |

**I.  DISCUSSION**

On September 16, 2019, this Court entered a screening order permitting an Eighth Amendment claim to proceed against Defendants Rio and Stewart. (ECF No. 10 at 8). The Court stayed the case for 90 days to give Plaintiff and Defendants Rio and Stewart an opportunity to settle their dispute before the filing fee was paid, an answer was filed, or the discovery process began. (*Id.*). The Court directed the Attorney General's Office to notify the Court whether it would enter a limited notice of appearance on behalf of Defendants Rio and Stewart for the purpose of settlement. (*Id.* at 8-9).

On October 3, 2019, the Attorney General's Office informed the Court that it was not authorized to make a limited appearance for the purpose of settlement. (ECF No. 12).

In light of the Attorney General Office's notice, the Court now orders the Attorney General's Office to file under seal, and not serve the inmate Plaintiff, the last known addresses of Defendants Rio and Stewart. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical addresses.

This case remains stayed and no additional documents shall be filed in this case by any party until the Court lifts the stay.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that, within 30 days of the date of this order, the Attorney General's Office shall file under seal, and not serve the inmate Plaintiff, the last known addresses of Defendants Rio and Stewart. If the last known address of the defendant(s) is

1

a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical addresses.

IT IS FURTHER ORDERED that this case remains stayed and no additional documents shall be filed in this case until the Court lifts the stay.

DATED THIS 4th day of October 2019.

_____
UNITED STATES MAGISTRATE JUDGE